No. 55390.—G. Klein & Son v. United States, protests 131673–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55391.—Simon Alster et al. v. United States, protests 140470–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55392.—Czecho-Slovak Glass Products Co. v. United States, protest 154962–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55393.—A. Oppenheimer & Co., Inc. v. United States, protest 167906–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.